### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                       **CASE NO. 2:18-CR-18-KS-MTP**

**GLENN DOYLE BEACH, JR.,** *et al.*

### ORDER

The Court **grants** Defendant Beach's *ore tenus* motion to continue the plea deadline and the trial date. The plea deadline is continued one week, to **February 28, 2019**. The trial is likewise continued one week, to commence on **March 26, 2019**.

SO ORDERED AND ADJUDGED this 20th day of February, 2019.

                                                  /s/ Keith Starrett
                                                  KEITH STARRETT
                                                  UNITED STATES DISTRICT JUDGE